IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STONE STRONG, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>STONE STRONG OF TEXAS, LLC, a Texas limited liability company;<br><br>Defendant. | **4:21CV3160**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Jennifer L. Ralph, as counsel of record for Plaintiff, (Filing No. 33), is granted. Jennifer L. Ralph shall no longer receive electronic notice in this case.

Dated this 8th day of October, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge