IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STONE STRONG, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>STONE STRONG OF TEXAS, LLC, a Texas limited liability company;<br><br>Defendant. | **4:21CV3160**<br><br>**ORDER** |

1) The motion to withdraw filed by Douglas R. Hafer and Patrick A. Wadlington, Jr., as counsel of record for Defendant Stone Strong of Texas, LLC (Filing No. 49), is granted.

2) Douglas R. Hafer and Patrick A. Wadlington, Jr. shall no longer receive electronic notice in this case.

3) A limited liability company cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before April 4, 2022, Defendant shall either obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Defendant.

4) The Clerk shall mail a copy of this order to Defendant at the address provided by counsel:

> Stone Strong of Texas, LLC
> c/o Jody DuBois
> 2233 North FM 51
> Decatur, TX 76234

Dated this 3rd day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge